# United States Court of Appeals for the Federal Circuit

---

February 9, 2026

**ERRATA**

---

Appeal No. 2024-2105

**SHELLY V. FRANK,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

---

Decided:  January 21, 2026
Nonprecedential Opinion

---

Please make the following changes:

On page 2, line 8, replace "an enlisted officer" with "a senior enlisted leader"

On page 2, line 20, replace "enlisted officer" with "senior enlisted leader"